FILED
Clerk
District Court

OCT 28 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Law Office of G. Anthony Long
P. O. Box 504970
Second Floor Lim's Bldg.
San Jose, Saipan, MP 96950
Telephone No. (670) 235-4802
Facsimile No. (670) 235-4801

Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL CASE NO. 03-00002 |
| Plaintiff | ) |
| v. | ) |
| WANG YANG | ) **DEFENDANT'S REQUEST FOR** |
| | ) **SENTENCING HEARING** |
| Defendant | ) |

Pursuant to the court's October 27, 2005 order, defendant hereby requests a full sentencing hearing.

Law Office of G. Anthony Long

By: _____
G. Anthony Long