F I L E D
Clerk
District Court

NOV 0 1 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 03-00002 |
| | ) | |
| Plaintiff | ) | ORDER VACATING |
| | ) | ORDER AFTER REMAND |
| v. | ) | VACATING ORIGINAL |
| | ) | SENTENCE OF IMPRISON- |
| WANG, Yang, also known as | ) | MENT AND IMPOSING NEW |
| "Mafia," | ) | SENTENCE OF IMPRISON- |
| | ) | MENT |
| Defendant | ) | |
| _____ | ) | |

In light of defendant's motion for a resentencing hearing,

IT IS ORDERED that the court's October 27, 2005, order resentencing defendant to a shorter term of imprisonment be and hereby is vacated pending the requested resentencing hearing and the court's opportunity to hear both counsel address the issue of resentencing; and,

IT IS FURTHER ORDERED that counsel shall be notified of the

AO 72
(Rev. 8/82)

resentencing hearing date and time once the court has been able to arrange

defendant's participation.

DATED this 1st day of November, 2005.

ALEX R. MUNSON
Judge

AO 72
(Rev. 8/82)