FILED
Clerk
District Court

NOV 1 4 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 03-00002 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | ORDER THAT U.S. MARSHAL |
| | ) | TRANSPORT DEFENDANT TO |
| WANG, Yang, also known as | ) | SAIPAN FOR RE-SENTENCING |
| "Mafia," | ) | HEARING |
| | ) | |
| Defendant | ) | |
| _____ | ) | |

DUE TO technical impediments that prevent defendant appearing by video

teleconference,

IT IS ORDERED that the U.S. Marshal shall, at the earliest opportunity,

transport defendant from Hawaii to Saipan for his re-sentencing hearing.  The

1    hearing will be set on short notice once defendant has arrived on Saipan.

2         DATED this 14th day of November, 2005.

3

4

5

6                                    _____
                                     ALEX R. MUNSON
7                                    Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

AO 72
(Rev. 8/82)