FILED
Clerk
District Court

JAN 11 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>WANG, Yang, also known as )<br>"Mafia," )<br>)<br>Defendant )<br>_____ ) | Criminal Case No. 03-00002<br><br>NOTICE SETTING<br>RE-SENTENCING HEARING |

PLEASE TAKE NOTICE that the re-sentencing hearing in this matter will take place Wednesday, February 15, 2006, at 9:00 a.m.

DATED this 11th day of January, 2006.

CLERK OF COURT
By:

_____
MICHELLE C. MACARANAS

AO 72
(Rev. 8/82)